Magistrate Judge Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RONALD DEAN FINLEY,<br><br>　　　　　Defendant. | MAGISTRATE'S<br>DOCKET NO. 05-5220M<br><br>ORDER GRANTING<br>STIPULATED MOTION TO<br>TO EXTEND TIME TO FILE<br>INDICTMENT |

THIS MATTER having come before the Court on the stipulated motion of the parties for an order extending the time within which an indictment shall be filed, and the Court having considered the stipulated motion of the parties, together with the balance of the records and files herein, the Court now finds and rules as follows:

The Court finds that the ends of justice served by granting the requested extension for filing the indictment outweigh the best interests of the public and the defendant in a speedy trial, in that the defendant is cooperating in an ongoing investigation and that the parties need additional time for the defendant to complete his cooperation prior to charges being filed.

IT IS THEREFORE ORDERED that the stipulated motion of the parties to extend the time within which an indictment shall be filed is GRANTED.

IT IS FURTHER ORDERED that the date by which the indictment shall be obtained and filed in this case is extended from December 30, 2005, to January 30, 2006.

ORDER EXTENDING TIME FOR
FILING INDICTMENT/FINLEY - 1
(05-5220M)

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
(206) 553-7970

IT IS FURTHER ORDERED that the period of delay from November 30, 2005, through January 30, 2006, is excludable time pursuant to Title 18, United States Code, Section 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, Title 18, United States Code, Sections 3161 through 3164.

DATED this  7th   day of December, 2005.

s/ J. Kelley Arnold
J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/*MIKE LANG*
MIKE LANG
Assistant United States Attorney

s/ *Colin Fieman via telephone*
COLIN FIEMAN
Attorney for Ronald Finley

ORDER EXTENDING TIME FOR
FILING INDICTMENT/FINLEY - 2
(05-5220M)

UNITED STATES ATTORNEY
700 STEWART STREET
SUITE 5220
(206) 553-7970